**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| ALFONSO AGUAYO,<br><br>Plaintiff,<br>vs.<br><br>LEXIS NEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Civil Case No.: 2:26-cv-01480-NJC-LGD<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Alfonso Aguayo ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("Defendant") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this July 17, 2026.

By: /s/ Yaear Weintroub
Yaear Weintroub, NY # 6153431
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff*
*Alfonso Aguayo*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Yaear Weintroub*